```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08178
   MARK E HIPP
   BETH A HIPP                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2270    SSN XXX-XX-4751
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/04/08 .

2. The case was dismissed without confirmation, 11/14/2008.

3. The Debtor paid a total of $   5285.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HOUSEHOLD MORTGAGE SERVI | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 2376.22 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 1895.91 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |

```
CITIBANK                       UNSECURED    NOT FILED           .00         .00
CITIBANK                       UNSECURED    NOT FILED           .00         .00
CREDITORS COLLECTION           UNSECURED    NOT FILED           .00         .00
ECAST SETTLEMENT CORPORA       UNSECURED    NOT FILED           .00         .00
ECAST SETTLEMENT CORPORA       UNSECURED    NOT FILED           .00         .00
ECAST SETTLEMENT CORPORA       UNSECURED    NOT FILED           .00         .00
EBI LP                         UNSECURED    NOT FILED           .00         .00
EXXON MOBILE                   UNSECURED    NOT FILED           .00         .00
FALLS COLLECTION SVC           UNSECURED    NOT FILED           .00         .00
FIRST EQUITY CARD              UNSECURED    NOT FILED           .00         .00
FIRST USA                      UNSECURED    NOT FILED           .00         .00
GEMB                           UNSECURED    NOT FILED           .00         .00
GEMB                           UNSECURED    NOT FILED           .00         .00
GEMB                           UNSECURED    NOT FILED           .00         .00
GEMB                           UNSECURED    NOT FILED           .00         .00
GEMB                           UNSECURED    NOT FILED           .00         .00
HSBC                           UNSECURED    NOT FILED           .00         .00
HSBC                           UNSECURED    NOT FILED           .00         .00
ECAST SETTLEMENT CORP          UNSECURED    NOT FILED           .00         .00
JC PENNEY CO                   UNSECURED    NOT FILED           .00         .00
JUNIPER BANK                   UNSECURED    NOT FILED           .00         .00
KOHLS                          UNSECURED    NOT FILED           .00         .00
MERRICK BANK                   UNSECURED    NOT FILED           .00         .00
PHILLIPS 66                    UNSECURED    NOT FILED           .00         .00
REVENUE CYCLE PARTNERS         UNSECURED    NOT FILED           .00         .00
SEARS BKRUPTCY RCVRY MGM       UNSECURED    NOT FILED           .00         .00
THD CBSD                       UNSECURED    NOT FILED           .00         .00
PHARIA LLC                     UNSECURED    NOT FILED           .00         .00
WELLS FARGO FINANCIAL          UNSECURED    NOT FILED           .00         .00
ROUNDUP FUNDING LLC            UNSECURED    NOT FILED           .00         .00
WELLS FARGO FINANCIAL          UNSECURED    NOT FILED           .00         .00
WILL COUNTY MEDICAL ASSO       UNSECURED    NOT FILED           .00         .00
ECAST SETTLEMENT CORPORA       UNSECURED    NOT FILED           .00         .00
```

Summary of disbursements:

|                      | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|----------------------|----------|----------|-----------|-------|---------|
| TOTAL CLMS ALLOWED   | .00      | .00      | .00       | .00   | .00     |
| PRINCIPAL PAID       | 4272.13  | .00      | .00       | .00   | 4272.13 |
| INTEREST PAID        | .00      | .00      | .00       | .00   | .00     |
| TOTAL PAID           | 4272.13  | .00      | .00       | .00   | 4272.13 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3500.00
and was paid $   1185.00  direct and $    717.13  through the plan.

The Trustee received $    295.74 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                         PAGE   3
   CASE NO. 08 B 08178 MARK E HIPP & BETH A HIPP
```